IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-01707-CBS

MONA ELHELBAWY,

    Plaintiff,

v.

DEPARTMENT OF COMMERCE, Penny S. Pritzker, Secretary,

    Defendant.

## ORDER

This civil action comes before the court on Defendant's Motion for Entry of Final Judgment *Nunc Pro Tunc* to October 20, 2015. The court having reviewed the Motion, the entire case file and the applicable law and being sufficiently advised in the premises,

IT IS ORDERED that Defendant's Motion (filed February 21, 2016) (Doc. # 62) is GRANTED.

DATED at Denver, Colorado this 22nd day of February, 2016.

                                            FOR THE COURT:

                                            s/Craig B. Shaffer
                                            United States Magistrate Judge