IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-01707-CBS

MONA ELHELBAWY,

  Plaintiff,

v.

PENNY PRITZKER, Secretary, U.S. Department of Commerce,

  Defendant.

---

## FINAL JUDGMENT

---

  PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Memorandum Opinion and Order entered by the Honorable Craig B. Shaffer, on September 21, 2015, incorporated herein by reference as if fully set forth, granting Defendant's Motion to Dismiss Pursuant to Fed. R. Civ.P. 12(b)(1) and 12(b)(6) (filed October 27, 2014) (Doc. #19) and dismissing this civil action,

  IT IS ORDERED that judgment is hereby entered in favor of Defendant, Penny Pritzker, and against Plaintiff, Mona Elhelbawy, and this civil action is DISMISSED.  It is

  FURTHER ORDERED that each Party will bear its own costs and fees associated with this action.

  DATED at Denver, Colorado this 22nd day of February , 2016, *nunc pro tunc* October 20, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK



s/N. Marble
N. Marble,
Deputy Clerk